UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| v. | * | CIVIL NO.01-MC-157 |
| | * | |
| GAVIN E. JOHNSON, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| and | * | |
| | * | |
| Hannah Moore School | * | |
| 12039 Reistrstown Road | * | |
| Reisterstown, MD 21136-30421 | * | |
| Attn: Michele Brill, | * | |
| | * | |
| Garnishee. | * | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered in the above-captioned case against Gavin E. Johnson, defendant, social security number **XXX-XX-7329**, whose last known address is 6 S. Culver Street, Baltimore, MD 21229 and who is indebted to the United States in the amount of $11,834.59, plus interest at the legal rate of 6.000% until paid in full, as a result of judgment entered on April 27, 2001, in the District of Maryland.

The debtor has not satisfied the judgment. As of June 29, 2007, there remains due and owing to the creditor by the debtor the sum of $16,986.78.

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

_____
Allen F. Loucks
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 24894