UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * CIVIL NO.01-MC-157 |
| GAVIN E. JOHNSON, | * |
| Defendant and Judgment Debtor, | * |
| and | * |
| Hannah Moore School<br>12039 Reistrstown Road<br>Reisterstown, MD 21136-30421<br>Attn: Michele Brill, | * |
| Garnishee. | * |

## WRIT OF GARNISHMENT

GREETINGS TO: Hannah Moore School:

An application for a Writ of Garnishment against the property of Gavin E. Johnson, defendant, has been filed with this Court. A judgment has been entered against the debtor in the amount of $11,834.59 plus interest at the legal rate of 6.000% from June 29, 2007, until paid in full, as a result of judgment entered on June 28, 2001. As of June 29, 2007, there remains due and owing to the creditor by the debtor the sum of **$16,986.78** plus interest.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the defendant.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: United States District Court, 101 W. Lombard Street, Room 4228, Baltimore, Maryland 21201. Additionally, you are required by law to serve a copy of this Writ upon the debtor at 6 S. Culver Street, Baltimore, MD 21229 and upon Allen F. Loucks, Assistant United States Attorney, at U.S. Attorney's Office, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment for anyone indebtedness.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the debtor any item attached by this Writ.

                              FELICIA C. CANNON, CLERK
                              UNITED STATES DISTRICT COURT

                              By: _____
                                    Deputy Clerk