UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * CIVIL NO.01-MC-157 |
| GAVIN E. JOHNSON | * |
| Defendant and, Judgment Debtor, | * |
| and | * |
| Hannah Moore School<br>12039 Reistrstown Road<br>Reisterstown, MD 21136-30421<br>Attn: Michele Brill | * |
| Garnishee. | * |

INSTRUCTIONS TO DEBTOR
<u>CLERK'S NOTICE OF POST JUDGMENT GARNISHMENT</u>

You are hereby notified that this Writ of Garnishment is being taken by the United States of America (the "Government") which has a Court judgment in case number 01-MC-157, in U.S. District Court for the District of Maryland in the amount of $11,834.59, plus interest at the rate of 6.000% from June 28, 2001. The balance as of June 29, 2007 is **$16,986.78**.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Gavin E. Johnson can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of Maryland.

If you are Gavin E. Johnson, you have a right to ask the Court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the box below. You must either mail it or deliver it in person to the Clerk of the United States District Court at 101 W. Lombard Street, Room 4228, Baltimore, Maryland, 21201. You must also send a copy of your request to Allen F. Loucks, Assistant United States Attorney at the United States Attorney's Office, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the Government.

If you think you live outside the federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 101 W. Lombard Street, Room 4228, Baltimore, Maryland, 21201. You must also send a copy of your request to Allen F. Loucks, Assistant U.S. Attorney, at the U.S. Attorney's Office, 36 South Charles Street, Fourth Floor, Baltimore, Maryland, 21201, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

        FELICIA C. CANNON, CLERK
        UNITED STATES DISTRICT COURT

BY: _____
      Deputy Clerk

REQUEST FOR HEARING

UNITED STATES OF AMERICA v. GAVIN E. JOHNSON

Case Number: 01-MC-157

/___/  I request a hearing.

/___/  I request a hearing within 5 days.

/___/  I claim an exemption. See the attached.

DATED: _____

_____
Defendant

_____
Address

_____
Phone Number

## NOTICE TO JUDGMENT DEBTOR ON
## HOW TO CLAIM EXEMPTIONS

The attached pre-judgment or post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under federal law and your state law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the Clerk's office of this Court and counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the Court.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption Form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to Court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to Court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

CLAIM FOR EXEMPTION
MAJOR EXEMPTIONS UNDER FEDERAL LAW

I claim that the exemption(s) from garnishment which are checked below apply in this case:

_____   1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

_____   2.   Veterans' benefits (38 U.S.C. § 3101).

_____   2a.  Members of armed services (10 U.S.C. § 1440, 38 U.S.C. § 562).

_____   3.   Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

_____   4.   Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

_____   5.   Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

_____   6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

_____   6a.  Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

_____   6b.  Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

_____   7.   Bankruptcy Code (Title 11, United States Code) which generally provides exemptions for:

        _____ $16,150 in equity in a residence.

        _____ $2,575 in equity in a motor vehicle.

        _____ $1,075 in jewelry.

        _____ $8,625 in personal property.

_____   In addition, a debtor who does not own a residence or who has less than $16,150 in equity in a residence may exempt an additional $8,625 in personal property. Additional exemptions or limited exemptions apply to such items as insurance contracts, pensions and various benefits such as Social Security.

_____   8.   Compensation for war risk hazards (42 U.S.C. § 717).

MAJOR EXEMPTIONS UNDER STATE LAW

NOTE:   The law of the state where you have been domiciled for at least 180 days governs your rights.

NOTE:   If you have selected the Bankruptcy Code exemptions (line 7 above), you may **not** also claim the state law exemptions listed below.

Fair market value

_____   9.   SEE ATTACHMENT

        The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

Debtor/Defendant's Name_____

Address _____

Telephone No. _____