UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| v. | * | CIVIL NO. 01-MC-0157 |
| | * | |
| GAVIN E. JOHNSON | * | |
| | * | |
| Defendant and, | * | |
| Judgment Debtor, | * | |
| and | * | |
| | * | |
| HANNAH MORE SCHOOL | * | |
| 12039 Reisterstown Road | * | |
| Reisterstown, Maryland 21136 | * | |
| Attn: Michele Brill | * | |
| | * | |
| | * | |
| Garnishee. | * | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered in the above-captioned case against Gavin E. Johnson, defendant, social security number **XXX-XX-7329**, whose last known address is 1828 E. Chase Street, Baltimore, MD 21213-3124 and who is indebted to the United States in the amount of $8,927.43, plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of November 19, 2007, there remains due and owing to the creditor by the debtor the sum of $17,382.00

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By:_____
Allen F. Loucks
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 03094