UNITED STATES OF AMERICA,                *
                                         *
    Plaintiff and                   *
     Judgment Creditor,           *
                                         *
                                         *
    v.                              *        Civil No. 01-MC-0157
                                         *
GAVIN JOHNSON,                           *
    Defendant and                   *
     Judgment Debtor,             *
                                         *
and                                      *
                                         *
HANNAH MOORE SCHOOL
12039 Reisterstown Road                  *
Reisterstown, Maryland  21136            *
Attn: Michelle Brill                     *
    Garnishee.                      *

Dear Clerk:

     Plaintiff and Judgment Creditor, United States of America, hereby withdraws its previously filed Application for Writ of Continuing Garnishment and for cause states the following reason: Plaintiff has closed its case against Judgment Debtor.

     Respectfully,

     ROD J. ROSENSTEIN
     UNITED STATES ATTORNEY


By:_____
     Allen F. Loucks
     Assistant U.S. Attorney
     36 S. Charles Street
     4th Floor
     Baltimore, Maryland 21201
     (410) 209-4800
     Trial Bar No. 03094

CERTIFICATE OF SERVICE

I certify that NO CERTIFICATE OF SERVICE is required to be sent to Garnishee and

Judgment Debtor and for reason state: Writ of Garnishment was not sent to Garnishee or

Judgment Debtor

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By: _____
Allen F. Loucks
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 03094